ORIGINAL

FILED
OCT 16 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

RECON OPTICAL, INC.
550 W. Northwest Highway
Barrington, Illinois, 60010

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. 07-729 C

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Rules of the Court of Federal Claims, Plaintiff Recon Optical, Inc., moves the Court for a temporary restraining order enjoining the Defendant, the Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from allowing or ordering performance under the contract awarded as a result of Solicitation Number W15QKN-06-R-1409 for production of Common Remotely Operated Weapons Systems.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, Oct. 16, 2007, two copies of the foregoing, by hand delivery on the following party:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

RECON OPTICAL, INC.
550 W. Northwest Highway
Barrington, Illinois, 60010

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. ____________

**CERTIFICATE REQUIRED BY RULE 65 OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

I, David J. Taylor, the undersigned counsel of record for Recon Optical, Inc. ("ROI"), certify that I hand-delivered or caused to be hand-delivered two copies of the following documents to the assigned attorney, Michael Austin, at the Department of Justice, Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, in accordance with the Rules of the United States Court of Federal Claims:

(1) Complaint for Preliminary Injunction, Permanent Injunction and Declaratory Judgment (and accompanying exhibits);

(2) Motion for Temporary Restraining Order;

(3) Motion for Preliminary Injunction;

(4) Motion for Permanent Injunction;

(5) Memorandum of Points and Authorities in Support of Plaintiff's Motion for Permanent Injunction, Temporary Restraining Order and/or Preliminary Injunction;

(6) Motion for Leave to File Under Seal and for a Protective Order;

(7) Proposed order granting Motion for Temporary Restraining Order;

(8) Proposed order granting Motion for Preliminary Injunction;

(9) Proposed order granting Motion for Permanent Injunction; and

(10) Proposed Protective Order.

It is further certified that I have given notice of Plaintiff's request for Permanent Injunction, Temporary and/or Preliminary Injunctive relief by contacting the Department of Justice attorney assigned to this action, Michael Austin. No additional notice should be required.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of Oct, 2007, two copies of the foregoing Certificate were caused to be hand delivered to the following:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor