ORIGINAL

FILED
OCT 1 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

RECON OPTICAL, INC.
550 W. Northwest Highway
Barrington, Illinois, 60010

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. 07-729 C

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff Recon Optical, Inc., moves the Court to grant a preliminary injunction enjoining the Defendant, the United States Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from ordering or allowing performance of the contract awarded under Solicitation No. W15QKN-06-F-1409 by U.S. Army Joint Munitions Life Cycle Management Command, Picatinny Arsensal.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, 16 Oct., 2007, two copies of the foregoing, by hand delivery on the following party:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor