ORIGINAL

FILED
OCT 16 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

RECON OPTICAL, INC.
550 W. Northwest Highway
Barrington, Illinois, 60010

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

No. 07-729 C

**MOTION FOR PERMANENT INJUNCTION**

Pursuant to Rule 65 of the Rules of the Court of Federal Claims, Plaintiff Recon Optical, Inc., moves the Court for a permanent injunction enjoining the Defendant, the Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from allowing or ordering performance under the contract awarded as a result of Solicitation Number W15QKN-06-R-1409 for production of Common Remotely Operated Weapons Systems.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, Oct. 16, 2007, two copies of the foregoing, by hand delivery on the following party:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor