FILED
OCT 16 2007
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
***Bid Protest (CICA Stay Override)***

| | |
|---|---|
| RECON OPTICAL, INC.<br>550 W. Northwest Highway<br>Barrington, Illinois, 60010<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>SERVE:<br>Attorney in Charge of Litigation<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L St., N.W., 8th Floor<br>Washington, D.C. 20530<br><br>Defendant. | No. 07-729 C |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**UNDER SEAL AND FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) and Appendix C of the Rules of the United States Court of Federal Claims, plaintiff respectfully requests that this Court grant it leave to file under seal and that it enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary or source selection information in accordance with the terms and conditions set forth in the proposed protective order.

This case involves competitive procurement matters and includes proprietary and may reveal confidential pricing information, source selection information, and other sensitive procurement information. Because the Complaint and the record may contain protected

materials necessary to safeguard the competitive process, we request that all filings be under seal in this case.

For the foregoing reasons, plaintiff respectfully requests that this Court grant Plaintiff leave to file under seal and issue the attached proposed protective order.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served today, October 16, 2007, two copies of the foregoing, by hand delivery on the following party:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor



496912v1