ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

| | |
|---|---|
| RECON OPTICAL, INC.<br>550 W. Northwest Highway<br>Barrington, Illinois, 60010<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>SERVE:<br>Attorney in Charge of Litigation<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L St., N.W., 8th Floor<br>Washington, D.C. 20530<br><br>Defendant. | 07-729 C<br>No. ____________ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, counsel for Plaintiff, Recon Optical, Inc. ("ROI"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of ROI's parent corporations and publicly held companies that own 10% or more of ROI's stock:

1. Bourns, Inc.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 16, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of Oct, 2007, two copies of the foregoing Certificate were caused to be hand delivered to the following:

Michael Austin, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor