# In the United States Court of Federal Claims

* * * * * *

RECON OPTICAL, INC. *

Plaintiff, * No. 07-729C

v. * Filed: October 17, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The Court and counsel for plaintiff and defendant participated in an initial telephonic status conference in this post-award bid protest on Tuesday October 16. Pursuant to that conference, we note the following:

1) Plaintiff's Motion for Leave to File the Complaint Under Seal is GRANTED.

2) The Court will enter the protective order plaintiffs submitted October 16th.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge