IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECON OPTICAL, INC.,<br>
Plaintiff,<br>
v.<br>
THE UNITED STATES,<br>
Defendant.

No. 07-729C<br>
(Sr. Judge Hodges, Jr.)

DEFENDANT'S MOTION FOR LEAVE TO FILE A MEMORANDUM

Defendant respectfully requests that the Court grant defendant leave to file the appended copy of an October 17, 2007 memorandum signed by Mr. Robert J. Parise. Counsel has not had the opportunity to address this matter with counsel for plaintiff and for intervenor.

The memorandum addresses an issue we expect will be addressed at the hearing on October 18, 2007. Given the pendency of the hearing, counsel considered this motion to be the most expeditious manner in which to advise both the Court and the other parties of this contents of this memorandum prior to the hearing. In moving the Court to file this memorandum, we do not seek at this juncture for the Court to determine whether this memorandum is properly a part of the administrative record which should be considered in determine whether the agency's action under review is arbitrary or capricious.

For the reason set forth above, the Court should grant this motion and file the appended memorandum.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Telephone: (202) 616-8260
Facsimile: (202) 514-7965
E-mail:Jack.Groat@usdoj.gov

October 17, 2007

CERTIFICATE OF FILING

I hereby certify that on October 17, 2007, a copy of foregoing “DEFENDANT’S MOTION FOR LEAVE TO FILE A MEMORANDUM” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat