# In the United States Court of Federal Claims

*　*　*　*　*　*

| | | |
|---|---|---|
| RECON OPTICAL, INC. | * | |
| Plaintiff, | * | No. 07-729C |
| v. | * | Filed: October 18, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

*　*　*　*　*　*

**ORDER**

We do not have sufficient information to enjoin the agency override of an automatic stay in this case. Government counsel represented during a hearing this morning that the agency action serves national interest in time of war. Plaintiff's counsel did not show prejudice arising from our unwillingness to enjoin the override in the circumstances presented. Plaintiff stated that it would be harmed if the intervenor was allowed to perform because even if plaintiff prevailed before the GAO, the government would later allege it had already gone to far and spent too much money with the intervenor to stop. This concern is speculative at best and is insufficient to prove that the harm to plaintiff outweighs the harm to the government.

The court would have preferred that the administrative record contain a more instructive explanation by the authorized agency official of his decision to direct the override. Given the circumstances, however, we cannot say that General Phillips's decision was unreasonable. Plaintiff's Motion for a Permanent Injunction, a Temporary Restraining Order and/or a Preliminary Injunction is DENIED.

Counsel may consider whether to recommend that the court conduct an evidentiary hearing to inquire further into the merits; however, given the time remaining at the GAO, such a hearing does not seem necessary or advisable. The purpose of this Order is to notify the parties of the court's position for planning purposes. If necessary, we may issue a formal Opinion later, detailing the court's reasoning based on the hearing this date.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge