IN THE UNITED STATES COURT OF FEDERAL CLAIMS
***Bid Protest (CICA Stay Override)***

| | |
|---|---|
| RECON OPTICAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | No. 07-729C<br><br>(Judge Robert Hodges) |

**NOTICE OF FILING**

Pursuant to Plaintiff's oral representation during the hearing held on October 18, 2007, Plaintiff respectfully provides notice of the filing of the enclosed document prepared by the U.S. Army, titled "Override of CICA Stays: A Guidebook."

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 18, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2007, a copy of the foregoing "Notice of Filing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor