ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

FILED
OCT 18 2007
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

| | | |
|---|---|---|
| RECON OPTICAL, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-729C (Judge Robert Hodges) |
| THE UNITED STATES, Defendant. | ) | |

MOTION TO INTERVENE BY
KONGSBERG DEFENCE & AEROSPACE AS

Kongsberg Defence & Aerospace AS ("Kongsberg"), by and through its undersigned counsel, moves the Court for leave to intervene as a Defendant in this action in order to respond to the claims, arguments and allegations raised in Plaintiff's Complaint, all of which challenge the validity of a contract awarded to Kongsberg under solicitation # W15QKN-06-R-1409. In particular, Recon Optical, Inc. ("ROI"), by this action, seeks to enjoin the Army from continuing to override an automatic statutory stay of performance of the contract awarded to Kongsberg.

Under C.O.F.C. Rule 24, "anyone shall be permitted to intervene in an action: (1) when a statute of the United States confers an unconditional right to intervene: or (2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." After extensive testing and review, which pitted its Common Remotely operated Weapon Station (CROWS) against two other bidders, including ROI, Kongsberg was awarded Contract No. W15QKN-07-D-0018. The contract was duly executed on

August 21, 2007. Given the award of the contract, there is no question but that the instant case will impact Kongsberg's interests. Hence, it should be permitted to intervene as a matter of right.

Respectfully submitted,

Richard H. Streeter
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
Tele: (202) 408-6933
Fax: (202) 289-1330
E-Mail: richard.streeter@btlaw.com

Dated: October 17, 2007

**Certificate of Service**

I, Richard H. Streeter, do hereby certify that two copies of the foregoing were served this 17th day of October, 2007 by hand delivery and by e-mail upon the following individuals:

John S. Groat (jack.groat@usdoj.gov)
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 11050
Washington, D.C. 20530

David J. Taylor (davidtaylor@spriggs.com)
Spriggs & Hollingsworth
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005

Major Lanny Acosta (lanny.acosta@hqda.army.mil)
Department of the Army
U.S. Army Legal Services Agency
Litigation Division
General Litigation (Attn: MAJ Acosta)
901 N. Stuart Street
Suite 400
Arlington, VA 22203

Sharon L. Larkin (larkins@gao.gov)
Senior Attorney
U.S. Government Accountability Office
441 G Street NW, Room 7V16
Washington, D.C. 20548

Richard H. Streeter

Docket No. 07-729

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Hodges
FROM: CLERK'S OFFICE

The attached was received on 10/17/07
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 52.1(b) | Re: statement of facts and/or counter-statement of facts is missing |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. X No provision in the Rules (or court order) for the filing of this item (Notice of Appearance)
7. X This case has been designated as an *ECF* case.
8. X The sealed version states nothing about being filed "Under Seal"

[signature]
Deputy Clerk