ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest (CICA Stay Override)*

FILED
OCT 18 2007
U.S. COURT OF FEDERAL CLAIMS
By Leave of the Judge

| | | |
|---|---|---|
| RECON OPTICAL, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | Civil Action No. 07-729C (Judge Robert Hodges) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, counsel for Intervenor, Kongsberg Defence & Aerospace AS, hereby discloses and certifies that Kongsberg Defence & Aerospace AS is a wholly-owned subsidiary of Kongsberg Gruppen ASA, which is publicly traded on the Oslo Stock Exchange.

Respectfully submitted,

Richard H. Streeter
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
Tele: (202) 408-6933
Fax: (202) 289-1330
e-mail: richard.streeter@btlaw.com

Dated: October 17, 2007

**Certificate of Service**

I, Richard H. Streeter, do hereby certify that two copies of the foregoing were served this 17th day of October, 2007 by hand delivery and by e-mail upon the following individuals:

John S. Groat (jack.groat@usdoj.gov)
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 11050
Washington, D.C. 20530

David J. Taylor (davidtaylor@spriggs.com)
Spriggs & Hollingsworth
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005

Major Lanny Acosta (lanny.acosta@hqda.army.mil)
Department of the Army
U.S. Army Legal Services Agency
Litigation Division
General Litigation (Attn: MAJ Acosta)
901 N. Stuart Street
Suite 400
Arlington, VA 22203

Sharon L. Larkin (larkins@gao.gov)
Senior Attorney
U.S. Government Accountability Office
441 G Street NW, Room 7V16
Washington, D.C. 20548

Richard H. Streeter