IN THE UNITED STATES COURT OF FEDERAL CLAIMS
***Bid Protest (CICA Stay Override)***

| | | |
|---|---|---|
| RECON OPTICAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 07-729C<br><br>(Judge Robert Hodges) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Recon Optical, Inc., by counsel, hereby voluntarily dismisses with prejudice its Complaint for Preliminary Injunction, Permanent Injunction and Declaratory Judgment from the Army's override of the CICA stay.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

*Counsel of Record for Plaintiff*
*Recon Optical, Inc.*

October 19, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2007, a copy of the foregoing "Notice of Voluntary Dismissal with Prejudice" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor