# In the United States Court of Federal Claims

* * * * * *

| | | |
|---|---|---|
| RECON OPTICAL, INC. | * | |
| Plaintiff, | * | No. 07-729C |
| v. | * | Filed: February 25, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * *

**ORDER**

There being no further proceedings, we direct the Clerk of Court to dismiss this case.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge